THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>                  Plaintiff,<br><br>   v.<br><br>ACUSHNET HOLDINGS CORP., a Delaware corporation,<br><br>                  Defendant. | Case No. 2:17-cv-00423-RAJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>NOTING DATE: |

STIPULATION

Plaintiff Costco Wholesale Corporation and Defendant Acushnet Holdings Corp. hereby stipulate that the time for Defendant to answer or otherwise respond to the Complaint (Dkt. # 1) be extended to August 10, 2017, and jointly request that the Court enter an order extending that deadline.

DATED: June 15, 2017        LANE POWELL PC

By  *s/ Brian G. Bodine*
Brian G. Bodine, WSBA No. 22414
bodineb@lanepowell.com
Adriane M. Scola, WSBA No. 44478
scolaa@lanepowell.com
Telephone: 206.223.7000
Facsimile: 206.223.7107
Attorneys for Defendant Acushnet Holdings Corp.

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE TO ANSWER OR OTHERWISE RESPOND TO
COMPLAINT - 1
Case No. 2:17-cv-00423-RAJ

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

130947.0001/6986698.2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

PERKINS COIE

By: *s/ Ramsey M. Al-Salam*
    Ramsey M. Al-Salam, WSBA No. 18822
    ralsalam@perkinscoie.com
    Nicholas H. Hesterberg, WSBA No. 41970
    nhesterberg@perkinscoie.com
    Terrance J. Wikberg *pro hac vice*
    twikberg@perkinscoie.com
    Telephone: 206-359-6385
    Facsimile: 206-359-9000

Attorneys for Plaintiff Costco Wholesale Corp.

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE TO ANSWER OR OTHERWISE RESPOND TO
COMPLAINT - 2
Case No. 2:17-cv-00423-RAJ
130947.0001/6986698.2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

**ORDER**

IT IS HEREBY ORDERED that the deadline for Defendant Acushnet Holdings Corp. to answer Plaintiff's Complaint is extended to August 10, 2017.

DATED this _____ day of _____, 2017.

                                                                                   United States District
                                                                                   Judge Richard A. Jones

Presented by:

LANE POWELL PC

By: */s Brian G. Bodine*
Brian G. Bodine, WSBA No. 22414
bodineb@lanepowell.com
Adriane M. Scola, WSBA No. 44478
scolaa@lanepowell.com
Telephone: 206.223.7000
Facsimile: 206.223.7107
Attorneys for Defendant Acushnet Holdings Corp.

PERKINS COIE

By: */s Ramsey M. Al-Salam*
Ramsey M. Al-Salam, WSBA No. 18822
ralsalam@perkinscoie.com
Nicholas H. Hesterberg, WSBA No. 41970
nhesterberg@perkinscoie.com
Terrance J. Wikberg *pro hac vice*
twikberg@perkinscoie.com
Telephone: 206-359-6385
Facsimile: 206-359-9000

Attorneys for Plaintiff Costco Wholesale Corp.

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT - 3
Case No. 2:17-cv-00423-RAJ
130947.0001/6986698.2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of June 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Ramsey M. Al-Salam | ralsalam@perkinscoie.com |
| Nicholas H. Hesterberg | nhesterberg@perkinscoie.com |
| Terrance J. Wikberg | TWikberg@perkinscoie.com |

There are no non CM/ECF participants.

Executed this 15th day of June 2017, at Seattle, WA.

*/s Nancy Slocum*
Nancy Slocum, legal assistant

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT - 4
Case No. 2:17-cv-00423-RAJ
130947.0001/6986698.2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107