HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>ACUSHNET COMPANY,<br><br>    Defendant. | No. 2:17-cv-0423-RAJ |
| ACUSHNET COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | No. 2:17-cv-1214-RAJ<br><br>**ORDER** |

This matter comes before the Court on issues raised in the "Related Case" sections of the Joint Status Reports filed by the parties in the above-captioned cases, Costco Wholesale Corporation ("Costco") and Acushnet Company ("Acushnet"). Costco and Acushnet are parties in two actions before this Court, *Costco Wholesale Corp. v. Acushnet Company*, No. 17-C423 and *Acushnet Company v. Costco Wholesale Corp*, No. 17-C1214. The parties agree that both actions raise the same claims, defenses, and

ORDER – 1

questions of fact.  The parties also agree that the cases should be consolidated into one action.  However, the parties disagree as to which action of the two should proceed.  Having considered the submissions of the parties, the relevant portions of the record, and the applicable law, the Court **ORDERS** that *Acushnet Company v. Costco Wholesale Corp*, No. 17-C1214 be **CONSOLIDATED** into *Costco Wholesale Corp. v. Acushnet Company*, No. 17-C423 for all purposes.  The parties are directed to file all future pleadings under No. 17-C423.

DATED this 29th day of November, 2017.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 2