THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACUSHNET COMPANY,<br><br>　　　　　Defendant. | Lead Case No. C17-423-RAJ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| ACUSHNET COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　　Defendant. | Member Case No. C17-1214-RAJ |

Costco Wholesale Corporation ("Costco") and Acushnet Company ("Acushnet") respectfully notify the Court that the parties have reached a settlement of all claims in the above-captioned cases. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Costco and Acushnet hereby stipulate to the dismissal of all claims asserted in Costco's Amended Complaint for Declaratory Judgment of Non-Infringement and Invalidity of Patent Rights and for No False Advertising (Dkt. 22) and Acushnet's Answer, Defenses, and Counterclaims to

STIPULATED MOTION AND ORDER OF DISMISSAL WITHOUT PREJUDICE (No. 2:17-cv-0423-RAJ) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: 206.359.8000
Fax: 206.359.9000

Amended Complaint (Dkt. 25) without prejudice. Each party will bear its own attorneys' fees and costs.

AGREED AND STIPULATED TO this 3rd day of October, 2018.

By: */s/ Ramsey M. Al-Salam*
    Ramsey M. Al-Salam, WSBA No. 18822
    Stevan R. Stark, WSBA No. 39639
    Nicholas H. Hesterberg, WSBA No. 41970
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
    Seattle, WA  98101-3099
    Tel:  206.359.8000/Fax: 206.359.9000
    Email:  RAlsalam@perkinscoie.com
    Email:  SStark@perkinscoie.com
    Email:  NHesterberg@perkinscoie.com

    Terrance J. Wikberg (*Pro Hac Vice*)
    PERKINS COIE LLP
    700 Thirteenth Street N.W., Suite 600
    Washington DC 20005-3960
    Tel: 202.654.6200/Fax: 202.654.6211
    Email:  TWikberg@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale Corporation*

By: */s/ Brian G. Bodine*
    Brian G. Bodine, WSBA No. 22414
    LANE POWELL PC
    1420 Fifth Avenue, Suite 4100
    Seattle, WA 98101
    Tel: 206.223.7000 / Fax: 206.223-7107
    Email: bodineb@lanepowell.com
    Email: scolaa@lanepowell.com

    Brian K. Andrea (*Pro Hac Vice*)
    GIBSON DUNN & CRUTCHER LLP
    1050 Connecticut Avenue, N.W.
    Washington, DC 20036-5306
    Tel: 202.887.3624/Fax: 202.530.4220
    Email: bandrea@gibsondunn.com

    Brian A. Rosenthal (*Pro Hac Vice*)
    GIBSON DUNN & CRUTCHER LLP
    200 Park Avenue
    New York, NY 10166-0193
    Tel: 212.351.2339/Fax: 212.817.9539
    Email: barosenthal@gibsondunn.com

    Nathan Fonda (*Pro Hac Vice*)
    GIBSON DUNN & CRUTCHER LLP
    2100 McKinney Avenue, Suite 1100
    Dallas, TX 75201-6912
    Tel: 214.698.3354/Fax: 212.571.2910
    Email: nfonda@gibsondunn.com

*Attorneys for Defendant Acushnet Company*

STIPULATED MOTION AND ORDER OF DISMISSAL WITHOUT PREJUDICE (No. 2:17-cv-0423-RAJ) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101
Phone:  206.359.8000
Fax:  206.359.9000

1 **[PROPOSED] ORDER**

2 Based upon the foregoing Stipulation of the Parties, IT IS SO ORDERED

5 DATED: _____, 2018

6 _____
The Honorable Richard A. Jones
7 United States District Judge

[PROPOSED] ORDER
No. 2:17-cv-0423-RAJ –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101
Phone:  206.359.8000
Fax:  206.359.9000